IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.B.,<br><br>  Plaintiff<br><br>  v.<br><br>SPIRIT AIRLINES, INC., *et al.*,<br><br>  Defendants. | 2:21-cv-04771<br><br>CIVIL ACTION – LAW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the above-entitled action is hereby dismissed with prejudice and without attorneys' fees and costs to either party.

VSCP LAW

By: /s/ Gregory S. Spizer
Gregory S. Spizer, Esq.
gspizer@vscplaw.com
Two Commerce Square
2001 Market Street
Suite 3700
Philadelphia, PA 19103
(215) 960-0402

*Attorneys for Plaintiff M.B.*

CONDON & FORSYTH LLP

By: /s/ Jonathan E. DeMay
Jonathan E. DeMay (pro hac vice)
jdemay@condonlaw.com
Constantine J. Petallides (pro hac vice)
cpetallides@condonlaw.com
7 Times Square - 18th Floor
New York, New York 10036
(212) 490-9100

– and –

SALMON, RICCHEZZA, SINGER & TURCHI LLP
Zachary J. Ballard, Esquire
zballard@srstlaw.com
David J. Jones, Esquire
djones@srstlaw.com
Kyle R. Brady, Esquire
kbrady@srstlaw.com
1601 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 606-6600

*Attorneys for Defendant Spirit Airlines, Inc.*