IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M.B.<br><br>                  **Plaintiff,**<br>   v.<br><br>SPIRIT AIRLINES, INC.,<br>                 **Defendants.** | CIVIL ACTION NO.  2 1 - 4771 |

**ORDER**

**AND NOW,** this 29th day of July 2022, pursuant to the provisions of Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

                                                                              **BY THE COURT:**

                                                                              **/s/ Cynthia M. Rufe**
                                                                              **CYNTHIA M. RUFE, J.**